No. 25, Misc. McCoy v. Crawford, Sheriff;

No. 268, Misc. Hogge v. Cunningham, Penitentiary Superintendent;

No. 290, Misc. Hayes v. California et al.;

No. 397, Misc. Burleson v. New Mexico et al.; and

No. 415, Misc. Ex parte Hill. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied. Petitioners pro se. C. Donald Robertson, Attorney General of West Virginia, and George H. Mitchell and Simon M. Bailey, Assistant Attorneys General, for respondent in No. 25, Misc.

No. 109, Misc. Adams v. United States Penitentiary, Leavenworth, Kansas, et al. Motion for leave to file petition for writ of mandamus and for other relief denied.

No. 84. Turner v. City of Memphis et al. Appeal from the United States District Court for the Western District of Tennessee. Further consideration of the question of jurisdiction postponed to the hearing of the case on the merits. Constance Baker Motley and Thurgood Marshall for appellant. Frank B. Gianotti, Jr. for the City of Memphis, and Edward P. A. Smith for Dobbs Houses, Inc., et al., appellees.

No. 173. United States v. National Dairy Products Corp. et al. Appeal from the United States District Court for the Western District of Missouri. Probable jurisdiction noted. Solicitor General Cox, Assistant Attorney General Loevinger and Richard A. Solomon for the United States. John T. Chadwell, Martin J. Purcell and John H. Lashly for appellees.